```
                                          FILED
                                  CLERK, U.S. DISTRICT COURT

                                       JUN - 1 2009

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SCOTT E. CONNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AARON D. WINSLOW,<br><br>　　　　Defendant. | Case No. EDCV 07-218 AG (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"), *de novo*. Plaintiff did not object to the R&R despite being given an opportunity to do so.

　　IT IS ORDERED that:

1. The R&R is approved and adopted.
2. Defendant's motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b) is granted.
2. Judgment shall be entered dismissing this action without prejudice.
3. All motions are denied as moot and terminated.

　　IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

DATE: May 30, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE