JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
JUN - 1 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SCOTT E. CONNER,<br><br>   Plaintiff,<br><br>  v.<br><br>AARON D. WINSLOW,<br><br>   Defendant. | Case No. EDCV 07-218 AG (AN)<br><br>JUDGMENT |

  For the reasons set forth in the Magistrate Judge's Report and Recommendation ("R&R"), the complaint is dismissed without prejudice.

DATE: May 30, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY